EXHIBIT A

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

July 09 2020 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-06749-6

## SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

IN RE:

)
)
)
_Armand Calhoun_ )
Petitioner/Plaintiff, )
Vs. )  No. _20-2-06749-6_
)  _TORT - Actions in Rem_
)  _Quo Warranto - BREACH,_
_Pierce County, Vicki Hogan, et. al_ )  (Document Title) _of Contract,_
Respondent/Defendant. )  _INJUNCTION_

_Amended Complaint_

Dated this _8th_ day of _July_ 20 _20_.

_Signature_

ARMAND R. CALHOUN, Power of Attorney
511 M. ST. NE #107
AUBURN, WA 98002
C: 206.712.4183 | O; 253.737.4284
armand_calhoun@yahoo.com

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
COUNTY OF PIERCE

| | |
|---|---|
| Armand R. Calhoun,<br>　　　　Plaintiff,<br><br>vs.<br><br>AllianceOne Receivables Management Inc.,<br>　　　　Interested Party,<br><br>Pierce County, et. al.,<br>Vicki L. Hogan, *in her individual and official capacity,*<br>Katherine Stolz, *in her individual and official capacity,*<br>Edmund Murphy, *in his individual and official capacity,*<br>Gerald E. Johnson, *in his individual and official capacity,*<br>Kevin Boyle, *in his individual and official capacity,*<br>David Shaw, *in his individual and official capacity,*<br>K.C. Hawthorne, *in his individual and official capacity,*<br>Shawn Waite, *in his individual and official capacity,*<br>Amanda Vitakainen, *in her individual and official capacity,*<br>Linda CJ Lee, *in her individual and official capacity*<br>　　　　Defendants. | Case No.: 20-2-06749-6<br><br>AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) |

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

# I.   <u>AFFIDAVIT</u>

1. I, Armand R. Calhoun, the above-entitled Plaintiff, age 39, by special visit and not

   general appearance, am Agent for ARMAND R. CALHOUN, with Power of Attorney in

   Fact to represent ARMAND R. CALHOUN, a resident of the State of Washington, in the

   County of King, for 39 years, am competent to attest to the facts pertaining to this

   Affidavit for Quo Warranto, Actions In Rem/In Personam, Breach of Contract, with

   Injunctive Relief; and knowledgeable about the [f]acts states herein, have full subject

   matter jurisdiction over the entitled Defendants/Interested Party regarding the Truth,

   Whole Truth, and absolutely nothing but the Truth, under the pains and penalty of

   perjury, do ATTEST:

2. The Defendant's stated herein did abuse their authority while holding an elected franchise.

   Pursuant to RCW 7.56.010(1) through (5), *"when any person shall usurp, intrude upon,*

   *or [u]unlawfully hold or exercise any public office or franchise within the state, or any*

   *office in any corporation created by the authority of the state…(5) Or where any*

   *corporation exercises power not conferred by law."* And where the captain is not available

   *the action can be brought on the vessel*…if the captain is available… *"the actions can be*

   *brought against the captain himself.* **Venue** is proper for all Cause No.(s) arose, more

   than one Defendants resides, or conducts business in Pierce County, governed by

   USC 28 § 1390, pursuant to admiralty and maritime claims Rule 9(h).

AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM
FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) - 2
CALHOUN V. PIERCE COUNTY ET. AL., CAUSE NO. 20-2-06749-6

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

3. A LAWFUL CONTRACT has (1) Offer; (2) Consideration; (3) Acceptance by all Parties for the Contract; and (4) The Signatures by all Parties with the Contract. Only the Parties signing the contract or contracted to the record can participate in the discussion of the matter. Full disclosure about the CONTRACT is imperative.

4. This is a private matter, which excludes any third parties, for each act was (i) committed while in the ordinary course of duty; (ii) the negligence was foreseeable, (iii) the Defendants either contributed or attributed, conspired, culpable or were complicit, whether known or unknown, or however any information was communicated or conveyed; and (iv) due to such negligence, caused statutory and Constitutional violations, significantly injurious to the Plaintiff.

5. **FACT:** ALLIANCEONE RECEIVABLES MANAGEMENT INC., is the Interested Party, a collection agency, assigned by the Defendants whom either own or operate, client-to-customer, and is licensed to conduct business in the State of Washington.

## II.    **PLAIN STATEMENT OF FACTS**

6. **FACT: On September 15th, 2016,** under Pierce County Superior Court Cause No.(s) 16-1-03111-2 and 15-1-04457-7, Vicki L. Hogan #11568, DPA Heather Demaine #28216, Shawn Waite #45239, Coreen Schnepf, and DAC David Shaw # 13994, rendered Judgment and Sentence for 29 months, 1-year DOC, DV-Assessment with Follow-up Treatment.

$800 LFO/fines.  All parties signed and thereby agreed to <u>concurrent</u> terms and conditions.

7. **FACT: On September 16th, 2016,** the above-mentioned Parties filed Pierce County Cause 16-1-03111-2, causing a Breach, Statutory and Constitutional violation.

8. **FACT: On September 19th, 2016,** DAC David Shaw (pre)approved of the Amending of said Contract.

9. **FACT: On September 20th, 2016,** the above-mentioned Parties Amended the Contract for COUNT I to reflect COUNT II, referring to Cause 16-1-03111-2; while the Plaintiff was in transport, and assuming Plaintiff had actual knowledge, did in;

10. **FACT:** Counterfeit/Forge (Plaintiff's initials), violate Plaintiff's Civil Rights, Privacy, any Foreign Banking, or affect on Commerce and Trade, thereby Kidnapping the Plaintiff against Plaintiff's will; UCC § 3-406 and UCC § 5-409; including Constitutional violations. (<u>Ex.- A</u>).

## III.   <u>INTERVENING CAUSE (a)</u>

11. **FACT: On February 27th, 2009,** Katherine Stolz #9576, DPA Stephen Penner #25470 rendered Judgment and Sentence under Pierce County Superior Court Cause No. 08-1-03826-4, for 365 days in jail 105 days credit for time served, 2 years suspended sentence, $1,100.00 fine, *(an "adhesion" contract applies stipulations on one party and is illegal in according to appellate courts).*

12. **FACT: On June 23rd, 2011,** Edmund Murphy #14754, DPA Claire Amanda Vitikainen

AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) - 4
CALHOUN V. PIERCE COUNTY ET. AL., CAUSE NO. 20-2-06749-6

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

#39987, issued a Warrant to arrest the Plaintiff.

13. **FACT: On July 6th, 2011,** the Plaintiff was apprehended while and taken into custody;

In addition to bail/bond applied to the Plaintiff.

14. **FACT: On July 13th, 2011,** Edmund Murphy and Vitikainen, realized the jurisdiction had

expired 4 months prior to the initial issuance of the warrant to demand apprehension;

however, to apply further restraints to leave the LFO/fines in collections for interest, an

arrest of the Plaintiff by returning the Plaintiff to a condition of Peonage, is in;

15. **FACT:** A violation of the United States Constitution Amendments 4, 5 and 14, including

USC 18 § 1581 et seq.; UCC 3-118. (Ex – B).

16. **FACT: On July 23rd, 2014,** Linda CJ Lee apprehended and assigned bail/bond to the

Plaintiff, for collection of an expired debt, under Cause 10-1-03179-2.

## IV.   **INTERVENING CAUSE(b)**

17. **FACT: On November 13th, 2019,** the Interested Party mailed a post card indicating the

Plaintiff is in default on the (aged out/expired) debts. (Ex – C).

18. **FACT: On November 15th, 2019,** the Interested Party filed ASSIGNMENT OF

JUDGMENT AND COLLECTION REFERRRAL on Cause 08-1-03826-4; 10-1-03179-2

and 15-1-04457-7. (Ex – D (1)(2)).

19. **FACT: On December 5th, 2019,** the Interested Party, then files Cause 16-1-03111-2;

However, this cause was said to *run concurrent* with 15-1-04457-7. (Ex – D(3)).

AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM
FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) - 5
CALHOUN V. PIERCE COUNTY ET. AL., CAUSE NO. 20-2-06749-6

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

20. **FACT: On February 6th, 2019,** Garold E. Johnson #13268 and K.C. Hawthorne #18241 Mailed the Plaintiff, by first-class USPS mail a WRIT OF GARNISHMENT pursuant to Cause No. 08-1-03826-4, which is contracted under, (Stolz and Murphy, supra); thereby contributed or attributed, whether known or unknown, did in;

21. **FACT:** Violate the US MAIL, sending fake/fraudulent debts, or the advertising of such bad debts, coercing or the enticement thereinto furtherance of said peonage, however the gain or benefit, is a statutory and Constitutional infringement on the Plaintiff's Rights.

# V.   **INTERVENING CAUSE(c)**

22. **FACT: On March 11th, 2019,** Commissioner Johnson and presiding Pro Temp Kevin Boyle wrongfully granted an improper restraining order under Civil Cause 18-3-03849-8 on the Plaintiff/Petitioner therein, for a NCO to be in place till 2021 under Pierce County Cause 16-1-03111-2 and 15-1-0445-7-7, supra; whereas, such trickery or deception for the Petitioner to enter into a Contract after being duly noted of the substance involving the Petitioner and false allegations plus Petitioner's significant evidence; Evidentially, Boyle assigned the Respondent/Accuser's Attorney/Paralegal, witness, and conspirator, as the Responsible Party; thereby, creating a "conflict of interest".  Having no actual jurisdiction over the subject matter-in-fact, both parties do not reside in the county; although, to perpetuate restraints, Kevin Boyle did in fact unlawfully hold his "temporary" elected franchise or licensed officer.

AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM
FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) - 6
CALHOUN V. PIERCE COUNTY ET. AL., CAUSE NO. 20-2-06749-6

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

//

//

# VI.   FACTS/FINDINGS OF LAW

23. **FACT:** All contracts herein do not expressly state the Plaintiff will be bartered, sold, loaned, traded, or transferred to a debt collection agency, to use any artifices, schemes, or devices used to extract the Plaintiff's personal and private information; systemically, violating the Code of Judicial Conduct and Rules of Professional Conduct; therefore, the Defendants and the Interested Party acted in concert to intentionally, recklessly, and maliciously injure the Plaintiff while holding an elected franchise or public office did in;

24. **FACT:** (i) Violate the United States Constitution Amendment 4 "*…no warrant shall be issued but upon probable cause…*"; Amend. 5 "*…no person shall be put twice in jeopardy, nor deprived of Life, Liberty, without due process, [n]or private property be taken for public use…*"; Amend. 8 "*…excessive bail shall not be imposed…nor cruel and unusual punishment…*"; Amend. 13 "*…No person shall be placed in slavery nor involuntary servitude…*"; Amend. 14 "*…No State shall make or enforce any laws that abridge the Rights and privileges of the People of the State; nor shall any State deprive any person of Life, Liberty, or Limb without due process…*" While using the Seal and Oath of the State, including, holding their elective franchise, for unlawful purposes.

25. **FACT:** (ii) Violate FOREIGN BANKING pursuant to USC 12 Ch. 6 § 617, 622, and 630. (Contemporaneous with Securities & Investments [A]ct).

AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) - 7
CALHOUN V. PIERCE COUNTY ET. AL., CAUSE NO. 20-2-06749-6

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

26. **FACT:** (iii) Violate and affect <u>COMMERCE AND TRADE</u>, including any deceit or deception that is in combination of restraints to monopolize, pursuant to USC 15 Ch. 1 § 1; Ch. 41 Sub. Ch. § 1692 et seq.

27. **FACT:** (iv) Violate thus invade the Plaintiff's <u>PRIVACY</u> rights, using information without express written consent to do so; whereas the Contract indicates the Clerk of the Court can commence collections, subsequently, the contracts fails to disclose conveying or communicating the Plaintiff's personal and private information, for personal or household use, pursuant to USC 15 Ch. 94 § 6801-6821(a)(1)(3), remedially § 6823(a) and (b), to wit;

28. **FACT:** (v) Violate the Plaintiff's <u>CIVIL RIGHTS</u>, pursuant to USC 18 Ch. 13 § 241, 242, and 245, to wit;

29. **FACT:** (vi) Commit <u>COUNTERFEITING/FRAUD</u>, denominated both, *"intrinsic"* and *"extrinsic"* pursuant to USC 18 Ch. 25 § 471, 472, 478, 480, 494, 495, 508, and 513, against the Plaintiff, to wit;

30. **FACT:** (vii) Commit <u>KIDNAPPING</u>, pursuant to USC 18 Ch. 55 § 1201(a)(1)(2)(5), to wit;

31. **FACT:** (viii) Commit <u>PEONAGE</u>, pursuant to USC 18 Ch. 77 § 1581(a)(b); furthermore, § 1583(a)(1)(3); § 1589(a)(1) through (4); § 1590(a)(b); § 1591(a)(1)(2); § 1592(a)(2)(3); and § 1593A.

32. **FACT:** (ix) Commit <u>TORTURE,</u> whether physical, mental, or financial injury occurred, however prolonged control, with mind-altering procedures calculated to disrupt senses or

AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) - 8
CALHOUN V. PIERCE COUNTY ET. AL., CAUSE NO. 20-2-06749-6

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

"personality", significantly, failing to provide adequate NOTICE of any changes that would apply prolonged control, pursuant to USC 18 Ch. 113C § 2340 et. seq., to wit;

33. **FACT:** (x) Breach the Contract, pursuant to Uniform Commercial Code (UCC) § 2-106; (Exceed) the Statute Limitations to Collect § 3-118; Rights and Remedies to Collect § 2-107; upon Forgery or Fraud § 3-406 and 5-409; in addition to Remedies § 5-111(f). (formulated) such Breach; the Rights for Collateral are exclusive and shall not be impaired, UCC § 2-701; provide a reasonable duty of care while the collateral is in the *custody or preservation* (confinement); thence, reasonable care includes necessary steps *to preserve the rights*, UCC § 9-207(a); Statutory damages for Secured Party's failure, UCC § 9-625, in addition to any other damages sustained.

34. **FACT:** (xi) Violate each of the aforementioned Statutory and Constitutional provisions against the Plaintiff while in ordinary course of duty, with the intent to deprive, without due process, is an act(ion) under the color of law, pursuant to USC 42 § 1983; whereas, misconduct created the contractual invalidity, ab initio; thereby, the contract was invalid but fraudulently concealed to sustain imprisonment becomes an unjust Conviction.

35. **FACT:** All the acts committed by the Defendants as set forth herein are presented in a timely manner as provided by statute limitations; evidential support is meritorious upon the *record*.

## VII. <u>PRAYER FOR RELATIONS/RELIEF</u>

36. **FACT: WHEREFORE**; such negligence, reckless, and malicious [a]cts by the

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

Defendants and Interested Party; Plaintiff hereby prays for relief in form of relations for:

(a) Ousting the Defendants from their respectable elected franchise or public office;

(b) Forfeiture of any bonds, proceeds, rights, shares, percentages, profits, investments or anything of value with other equitable interest the Plaintiff may relate;

(c) Any collateral for the acts in Errors and Omissions;

(d) Annulment of any certificates, deeds, or titles, that are otherwise obtained by fraud through deception, mistake, or trickery to the material fact;

(e) Injunctive Relief; to cease and desist from advertisement of, or any attempt to collect on bad debts, or otherwise conveying or communicating personal and private information, after written demand to cease and desist mailed to the Interested Party. Thereby; *Notice to Agent is Notice to Principal, and Notice to Principal is Notice to Agent.*

(f) Award Statutory Damages that are provided by law;

(g) Award Compensatory Damages to compensate for loss income, pain and suffering;

(h) Award Punitive Damages for reckless violations;

(i) Award Nominal Damages for Constitutional violations; ALL nunc pro tunc, incurred or accrued;

(j) Trademark(name)/Copyright, violation as of July 6th, 2020, and the unauthorized use, Infringement, or enrichment upon Plaintiff's name, on file.

(k) Attorney's fees, cost of suit, including fees incurred;

(l) Or any other equitable relief the relator may have relations connected therewith,

AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) - 10
CALHOUN V. PIERCE COUNTY ET. AL., CAUSE NO. 20-2-06749-6

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

Defendants or Interested Party.

# VIII.   CONCLUSION

37.  Each Defendant or Interested Party must contest point-for-point to the FACTS stated herein, provided by sworn Affidavit, under Oath, deemed Accurate, True, Certain and Complete.  Releasing **full** corporate and commercial liability for each to benefit, venture, or gain anything of value from peonage (or any unlawful act) shall suffer the same liability.

38.  Defendants and Interested Parties have 10 days to respond, 20 days (suffer) Default Judgment; any acquiescence shall be deemed a tacit agreement of your consent pursuant to every FACT contended by the Plaintiff.  Mere Declarations are self-Declarant and will not suffice; per Injunctive Relief, Plaintiff is required to provide 5-day notice of hearing.

39.  In Commerce, Truth is spoken by Affidavit, an Affidavit not rebutted becomes the final judgment in Commerce.

40.  The 11th Amendment did not bar suits against state officers for injunctive relief, where the Actions In Rem or In Personam were directed to the real party in interest.  [T]he Supreme Court concluded the state was not the real party in interest when s/he acted unconstitutionally, the authority under the state was stripped, Ex Parte Young, 209 U.S. 123 (1908).

//

//

AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM
FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) - 11
CALHOUN V. PIERCE COUNTY ET. AL., CAUSE NO. 20-2-06749-6

ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

# **VERIFICATION**

I, the undersigned Affiant, Agent, with Power of Attorney in Fact, do hereby attest to the FACTS with absolute knowledge of all information as set forth herein and do attest under the pains of penalty and perjury that the foregoing is not misleading and is in **FACT**, True, Certain, Accurate, and Complete.

Dated and signed before Public Notary on this __8th__ day of the __7th__ th month, in the year 20__20__.


ARMAND R. CALHOUN, Attorney-in-Fact
511 M. St. NE #107
AUBURN, WA 98002
C:206.712.4183|O: 253.737.4284

State of Washington      )
                         ) SS:
County of Pierce         )

Public Notary , Estellie L. Guerrero

ESTELLIE GUERRERO
Notary Public
State of Washington
Commission # 20105569
My Comm. Expires Jul 5, 2024

Expiration of Notary: __07, 05, 2024__

_____
WITNESS

AFFIDAVIT FOR QUO WARRANTO ACTIONS IN REM/IN PERSONAM BREACH OF CONTRACT CLAIM FOR DAMAGES – RELIEF INJUNCTIVE (AMENDED COMPLAINT) - 12
CALHOUN V. PIERCE COUNTY ET. AL., CAUSE NO. 20-2-06749-6
ARMAND R. CALHOUN, POWER OF ATT.
FOR Armand R. Calhoun, plaintiff
C:206.712.4183| O: 253.737.4284.

# IN THE SUPERIOR COURT OF WASHINGTON, COUNTY OF PIERCE

IN RE:

*Armand R. Calhoun*

Plaintiff/Petitioner

Cause No. 20-2-06749-6

Vs

*Pierce County, ricki Hegan, et.al.*

Defendant/Respondent

(Document Title)

AFFIDAVIT
Power of Attorney

Dated this __8th__ day of __July__ _____ 20 __20__.

_____
Signature

### AFFIDAVIT OF TRUTH
### IN THE NATURE OF SUPPLEMENTAL
### RULES FOR ADMINISTRATIVE CLAIMS RULE C(6)

Grant of Exclusive power of attorney to conduct all

tax, business, and legal affairs of principal person.

### POWER OF ATTORNEY IN FACT

I, ARMAND EDRIS RUSSELL CALHOUN; ARMAND E. CALHOUN; ARMAND R. CALHOUN; CALHOUN, ARMAND E.R. CALHOUN, or any derivative thereof, **SECURED PARTY/CORPORATE FICTION,** 511 M. STREET NE, SUITE 107, AUBURN, WA 98002, do hereby an appoint Armand Edris Russell Calhoun, a **Living Soul, as agent with Power of Attorney in Fact,** Non-Domestic, c/o 511 M. Street Northeast, Suite 107, Auburn, Wa, to take exclusive charge of, manage and conduct all my, tax business and legal affairs, and for such purpose to act for me in my name place, without limitations on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized.

    (a) To Take possession of, hold, and manage my real estate and all other property;

    (b) To receive money or property paid or delivered to me from my source;

    (c) To deposit funds in, make withdrawals from, or sign checks or drafts against any

        account standing in my name individually or jointly in any bank or other depository,

        to cash coupons, bonds, or certificates of deposits, to endorse checks, notes or other

1

documents in my name; to have access to, and place items in or remove them from, any safety deposit box standing in my name individually or jointly, and otherwise to conduct bank transactions or business for me in my name;

(d) To pay my debts and expenses, including reasonable expenses incurred by my attorney in fact Armand Edris Russell Calhoun, in exercising this exclusive power of attorney;

(e) To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property;

(f) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective communities or similar bodies, to join any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(g) To sell, exchange, lease, give options, and make contracts concerning real estate or other real property for such consideration and on such terms as my attorney in fact, Armand Edris Russell Calhoun, may consider prudent;

(h) To improve or develop real estate, to contract, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(i) To provide for use, maintenance, repair, security, or storage of my tangible property;

2

(j)  To purchase for and maintain such proxies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Armand Edris Russell Calhoun, may consider prudent.

The Agent/Living Soul, Armand Edris Russell Calhoun, is hereby authorized by law to act for and in control of the **SECURED PARTY/CORPORATE FICTION,** ARMAND E.R. CALHOUN, or any derivative thereof.  In addition, through the exclusive power of attorney, to contract for all busines and legal affairs of the principal person: CALHOUN, ARMAND E.R., **SECURED PARTY/CORPORATE FICTION.**

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to the same.  This grant of Exclusive Power is Irrevocable during the lifetime of the **Agent,** Armand Edris Russell Calhoun.

Executed and sealed by the voluntary act of my own hand, this _8th_ day of _July_, in the year 20 _20_ .

This instrument was prepared by Armand Edris Russell Calhoun

Acceptance:
ARMAND E.R. CALHOUN, GRANTOR
**SECURED PARTY** SIGNATURE

---

Power of Attorney in Fact (REV)
With Copy - claim

I, the above-named exclusive attorney in
fact, do hereby accept the fiduciary interest
of the herein-named SECURED PARTY
and will execute the herein-granted powers-
of-attorney with due diligence.

Armand E.R. Calhoun, Agent

Attorney in Fact, With the Autograph

## WITNESS

_____    _____    _____

_____    _____    _____

_____    _____    _____

Power of Attorney in Fact (REV)
With Copy - claim

# **NOTICE**

Using a notary for this document does not constitute any adhesion, nor does it alter my status in any manner.  The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the truth, so they will no longer be alienated from the fact, or mislead upon any factual existence in law.  This instrument is true, accurate, correct, and complete, and not misleading.

**JURAT**

*Pierce*
King County                          )

                                     )               ss:

Washington State             )

Subscribed and affirmed before this on this __8__ day of __July__, in the year 20 __20__.

_____, *Estellie Guerrero*
Notary

```
ESTELLIE GUERRERO
Notary Public
State of Washington
Commission # 20105569
My Comm. Expires Jul 5, 2024
```

Address of Notary_____
_3407 South 23rd St._
_Tacoma, WA 98405_

Expiration:___July 5, 2024_____

Power of Attorney in Fact (REV)
With Copy - claim

*Superior* **Court of Washington**
For *County of Pierce*

*Armand R. Calhoun*
Petitioner,

vs.   *Allianeone Rec. man. Inc.*
          *interested Party*

*Pierce County, Vicki Hogan, et. al.*
Respondent.

No. *20-2-06749-4*

**Petition for an Order for Protection -**
[X] **Harassment** (PTORAH) **and/or**
[X] **Stalking** (PTORSTK)

---

➢ **This is a Petition for an Order for Protection against Harassment and/or Stalking as checked in the caption**.

I believe:

[X] I am a victim of stalking.
[ ] _____ (name) is the victim of stalking and he/she is a minor or vulnerable adult.

The respondent has been
- stalking the victim either in person or cyber stalking, **and**
- repeatedly contacting the victim or attempting to contact or monitor the victim for no lawful purpose and his/her actions caused the victim to feel intimidated, frightened, or threatened.

[X] I am a victim of unlawful harassment.
[ ] _____ (name) is a victim of unlawful harassment and he/she is a minor.

The respondent's actions toward the victim have seriously alarmed, annoyed, or harassed the victim, or are detrimental to the victim and serve no legitimate or lawful purpose. The respondent's actions have caused substantial emotional distress to the victim or caused me to fear for the well-being of my child.

How do the victim and respondent know each other? *Victim is Debtor to Resps.*
*Creditor. and (respectable)*
*Collection Agency.*

I have given a detailed explanation below.

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 1 of 7
WPF UHST-02.0200 Mandatory (06/2020) – RCW 10.14.040, .800, RCW 7.92.030

1.  **Who is the petitioner?**

My name is (please print) *Armand Calhoun*_____ . I am the petitioner.
*(with Attorney-in-fact/Power of Attorney.*
[X] I am 18 or older and I am petitioning on my own behalf.
[ ] I am 16 or 17 and I am petitioning on my own behalf.
[ ] I am the parent or guardian of child/ren under age 18 and I am petitioning on their behalf:

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
|  |  |
|  |  |
|  |  |

[ ] I am not the parent or guardian, but the child/ren live/s with me and I am petitioning on their behalf and the respondent is not a parent.

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
|  |  |
|  |  |
|  |  |

[ ] I am filing this petition on behalf of petitioner, (name) _____ , a vulnerable adult as defined in RCW 74.34.020, who is a victim of stalking. I am an interested person as defined in RCW 74.34.020(10). My relationship to this petitioner is _____ .

2.  **Is the respondent 18 years of age or older?**

[X] Yes  [ ] No

*(If no, use the Petition for Order for Protection Harassment/Stalking Respondent Under Age 18, instead of this petition.)*

3.  **Where do the parties live?**

Petitioner lives in _____*King*_____ County.
Did the petitioner leave their residence because of stalking conduct and that is the county of their new residence?

[ ] Yes  [X] No

Children named above live in _____*Quamaci Calhoun*_____ County.

Respondent lives in _____*Pierce*_____ County.

4.  **Where did the Conduct take place?**

The conduct took place in _____*Pierce*_____ County.

## Statement describing the victim/s need for protection from the respondent

- Write clearly.  If you need more space below, attach additional page/s.  Do not write on the back.

**5. Describe what the Respondent did or said that you think is harassment or stalking.**

- You must describe what the respondent actually said.
- You must describe what the respondent actually did.

**The respondent has committed acts of harassment or stalking as follows:**

**A.** Describe the most recent incident of harassment or stalking.

Date and time (on or around): _June 7th, 2020 @ 7:12pm -Sun._

Location: _Home,_

What did the respondent <u>do or say</u> that you believe to be harassing or stalking behavior?

_I have submitted numerous request for AllianceOne to cease and desist with false advertisement of bad debts and to cease from selling, loaning, or otherwise stalking my personal information. From calling Petitioner's cell phone to house phone without consent, thus written consent provided a month prior to recent harassing Calls;(i) ATG Claim # 564305, filed on or about 04/05/2020. (ii) written NOTICE sent USPS mail ret. rec. 7019 1640 0001 4676 9720 - Agent or principal rec. 05/08/2020. Thereafter, the calls perpetuate; Stalking Pierce County electronic or paper filings to trace, track, or locate the petitioner._

_(See attached evidence)_

How did the respondent make these statements?   [ ] in person   [X] mail/written notes
[ ] e-mail  [ ] text  [X] phone  [ ] social media (such as Facebook and Twitter)
[ ] other (describe): _____.

**B.** Describe other incidents of harassment or stalking.  For each incident, include the date, time (on or about), location, what was said, how statements were made, and what was done to a victim.

Post Card mailed USPS by Respondent and Creditors. on 11/13/19
ATG Complaint # 564605 ; 04/05/2020 - on or thereabout.
Harassing Call - 04/30

Petitioner provides written NOTICE with DEMAND ; 05/08/2020
Harassing Call. 05/20/20 @ 2:31 pm
... Call        6/07/20 @ 7:12 pm

**6.** How did the incidents you describe above make you, the minor, or the vulnerable adult feel?

Privacy has been invaded; Personal, private, and
intellectual property has been compromised without
permission, is Depressive.

7. Has the respondent used, displayed, or threatened to use a firearm or other dangerous weapon in a felony? Please describe:

*Threatening lawsuits.*

8. Is the respondent ineligible to possess a firearm under the provisions of RCW 9.41.040? Please describe:

*Unknown*

9. Does possession of a firearm or other dangerous weapon by the respondent present a serious and imminent threat to public health or safety, or to the health or safety of a victim? Please describe:

*yes*

10. Do you have any evidence of the harassment or stalking conduct other than testimony?
    [ ] No
    [X] Yes. I have attached the following evidence:
        [X] Copy of mail or written notes
        [X] Copy of text messages
        [ ] Copy of email messages
        [ ] Copy of social media messages
        [ ] Police report
        [X] Declaration or Affidavit from the following witness: _____
        [ ] Other (describe): _____

11. Has/have the **victim/s or the respondent** ever requested or obtained protection from the other person in a restraining order, civil protection order, or criminal no-contact order? If yes, list the type of order, the name of the court, the approximate date of the order, and whether the request was granted:

*No.*

**12.** Is there any other litigation between the victim/s and the respondent?  This includes all matters - pending or past - such as parenting plans, landlord-tenant disputes, employment disputes, or property disputes.  If yes, provide case number/s if known, type of case, and name of court:

_PC Sup 16-1-03111-2 ; 15-1-04457-7 ; 10-1-03179-2,_
_06-1-03526-4_

➤ **Requests**

**13.  I ask the Court for an order approving the following requests for protection:**

I Request an **Order for Protection** following a hearing that will:

| |
|---|
| [X] **No Contact:**  Restrain the respondent from making any attempts or having any contact, including nonphysical contact, with the person/s to be protected, directly, indirectly, or through third parties, regardless of whether those third parties know of the order, except for mailing of court documents. |
| [X] **Surveillance:**  Prohibit or restrain the respondent from making any attempt to keep or from keeping the person/s to be protected under surveillance, including electronic surveillance. |
| [X] **Exclude from places:**  Exclude the respondent from the [X] residence  [X] workplace  [ ] school  [ ] day care of the person/s to be protected. |
| [X] **Stay Away:**  Prohibit or restrain the respondent from entering or being within, or from knowingly coming within, or knowingly remaining within _500 ft_ (distance) of the [X] residence  [X] workplace  [ ]  school  [ ] day care of the person/s to be protected. [ ] other locations: _____ |
| [X] **Other:** _Relief / Relations of Suit._ |
| [X] **Evaluation:**  Order the respondent to have a [ ] mental health [ ] chemical dependency evaluation. [X] other: _____ |
| [X] **Pay Fees and Costs:**  Require the respondent to pay fees and costs of this action, which may include administrative court costs and service fees and petitioner's costs including attorneys' fees. |
| [X] **Surrender Firearms:**  Require the respondent to immediately surrender all firearms, other dangerous weapons, and any concealed pistol licenses, and prohibit the respondent from accessing, obtaining or possessing firearms, or other dangerous weapons, or concealed pistol licenses. |
| [X] **Duration:**  Remain effective longer than one year because respondent is likely to resume acts of unlawful harassment or stalking conduct against the persons to be protected if the order expires in a year. |

**Emergency temporary protection (up to 14 days) until the court hearing**:

[X] An emergency exists as described below. I request that a **Temporary Protection Order** granting the relief I requested above for a no-contact, surveillance, exclude from places, or stay away order be issued immediately, without prior notice to the respondent, be effective until the hearing.

[X] I also request a temporary surrender and prohibition of all firearms, other dangerous weapons, and concealed pistol licenses without notice to the other party because irreparable injury could result if an order is not issued until the hearing.

What irreparable harm would result if an order is not issued immediately without prior notice to the respondent?

_Financial harm, excessive depression, humiliation, torture._

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: _July 8th, 2020_ at _Pierce County_ Washington.

_Armand Calhoun_
Petitioner, _attorney in fact_
_Armand R. Calhoun, agent_
Print or type name

I agree to receive legal documents at this address:

_511 M. NE. #107 Auburn, WA 98002_.

[ ] This address is not my home address because my family, household, or I would be at risk of abuse by respondent if I disclosed my home address.



# +1 619-762-2120

California

## Call list

↗ Outgoing call

Thursday, April 30, 2020, 3:10 PM

0 min 11 sec

↙ Incoming call

Thursday, April 30, 2020, 1:43 PM

0 min 30 sec

*Pierce County Superior Court 16-1-03111-2*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PIERCE COUNTY CLERK
SUPERIOR COURT
930 TACOMA AVE SW
TACOMA, WA 98402

9590 9402 5410 9189 9296 27

2. Article Number (Transfer from service label)
7540 0001 5188 6962

July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

CLERK'S OFFICE

MAY 11 2020

PIERCE COUNTY, WASHINGTON
KEVIN STOCK...

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PROS. ATTY OFFICE
930 TACOMA AVE SW
TACOMA, WA 98402

9590 9402 5410 9189 9296 34

2. Article Number (Transfer from service label)
7019 1640 0001 5188 6955

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

COPY RECEIVED

MAY 11 2020

PIERCE COUNTY
PROSECUTING ATTORNEY

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT CORP
ALLIANCE ONE
MANAGEMENT INC.
711 CAPITOL WAY SO, STE 204
OLYMPIA, WA 98501

9590 9402 5072 9092 5469 15

2. Article Number (Transfer from service label)
7019 1640 0001 4676 9720

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

Service of Process Department

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) MAY 8 REC'D | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

#1

Print All Call History

## Call History   xfinity connect

(253) 737-4284
armand_calhoun@comcast.net

| Name | PhoneNumber | Duration | Time | Date | | |
|------|-------------|----------|------|------|------|------|
| UNKNOWN | (253) 632-1840 | 1m 35s | PLACED | 7:40 PM PDT | Fri | Jun 12, 2020 |
| "Anonymous" | (253) 263-7816 | 0s | BLOCKED | 1:04 PM PDT | Fri | Jun 12, 2020 |
| "Anonymous" | (253) 263-7816 | 0s | BLOCKED | 1:04 PM PDT | Fri | Jun 12, 2020 |
| "Anonymous" | (253) 263-7816 | 0s | BLOCKED | 1:03 PM PDT | Fri | Jun 12, 2020 |
| "WIRELESS CALLER" | (253) 632-1840 | 1m 2s | ANSWERED | 12:21 AM PDT | Fri | Jun 12, 2020 |
| UNKNOWN | (253) 632-1840 | 1m 19s | PLACED | 11:43 AM PDT | Fri | Jun 12, 2020 |
| UNKNOWN | (253) 830-5200 | 11m 36s | PLACED | 11:11 AM PDT | Fri | Jun 12, 2020 |
| UNKNOWN | (253) 735-0708 | 12s | PLACED | 11:00 AM PDT | Fri | Jun 12, 2020 |
| "AUBURN WA" | (253) 263-7816 | 21s | ANSWERED | 9:46 AM PDT | Fri | Jun 12, 2020 |
| Anderson Milton | (707) 932-0044 | 0s | MISSED | 4:16 PM PDT | Thu | Jun 11, 2020 |
| Anderson Milton | (707) 932-0044 | 1m 1s | ANSWERED | 4:16 PM PDT | Thu | Jun 11, 2020 |
| UNKNOWN | (253) 830-5200 | 1m 32s | PLACED | 12:00 AM PDT | Thu | Jun 11, 2020 |
| Anderson Milton | (707) 932-0044 | 6m 56s | ANSWERED | 10:47 AM PDT | Thu | Jun 11, 2020 |
| WIRELESS CALLER | (253) 632-1840 | 0s | MISSED | 5:04 PM PDT | Wed | Jun 10, 2020 |
| WIRELESS CALLER | (253) 632-1840 | 37s | ANSWERED | 1:34 PM PDT | Wed | Jun 10, 2020 |
| UNKNOWN | (253) 632-1840 | 23s | PLACED | 11:45 AM PDT | Wed | Jun 10, 2020 |
| UNKNOWN | (253) 632-1840 | 0s | PLACED | 11:45 AM PDT | Wed | Jun 10, 2020 |
| WA GOV ESD | (800) 318-6022 | 10m 54s | ANSWERED | 11:30 AM PDT | Wed | Jun 10, 2020 |
| WA GOV ESD | (800) 318-6022 | 2m 21s | ANSWERED | 11:29 AM PDT | Wed | Jun 10, 2020 |
| WA GOV ESD | (800) 318-6022 | 0s | MISSED | 11:28 AM PDT | Wed | Jun 10, 2020 |
| WA GOV ESD | (800) 318-6022 | 55s | ANSWERED | 11:28 AM PDT | Wed | Jun 10, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 47s | PLACED | 10:53 AM PDT | Wed | Jun 10, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 1s | PLACED | 10:52 AM PDT | Wed | Jun 10, 2020 |
| UNKNOWN | (253) 632-1840 | 8m 52s | PLACED | 10:40 AM PDT | Wed | Jun 10, 2020 |
| UNKNOWN | (800) 318-6022 | 1m | PLACED | 9:46 AM PDT | Wed | Jun 10, 2020 |
| UNKNOWN | (253) 632-1840 | 25s | PLACED | 4:28 PM PDT | Tue | Jun 9, 2020 |
| WIRELESS CALLER | (253) 632-1840 | 0s | MISSED | 3:14 PM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (253) 632-1840 | 41s | PLACED | 2:19 PM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 318-6022 | 59s | PLACED | 11:41 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 7s | PLACED | 11:39 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (253) 632-1840 | 7s | PLACED | 11:38 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 14s | PLACED | 11:23 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 246-9763 | 5s | PLACED | 11:23 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 246-9763 | 12s | PLACED | 11:22 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 246-9763 | 11s | PLACED | 11:22 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 246-9763 | 4s | PLACED | 11:22 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 246-9763 | 10s | PLACED | 11:19 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 246-9763 | 4s | PLACED | 11:13 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 246-9763 | 4s | PLACED | 11:13 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 246-9763 | 3s | PLACED | 11:13 AM PDT | Tue | Jun 9, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 5s | PLACED | 11:10 AM PDT | Tue | Jun 9, 2020 |

| Name | PhoneNumber | Duration | Time | | Date |
|---|---|---|---|---|---|
| UNKNOWN | (800) 246-9763 | 4s | PLACED | 7:07 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 4s | PLACED | 7:07 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 28s | PLACED | 7:05 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 4s | PLACED | 7:04 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 18s | PLACED | 7:02 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 25s | PLACED | 7:02 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 8s | PLACED | 7:01 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 5s | PLACED | 7:01 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 6s | PLACED | 7:01 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 11s | PLACED | 7:00 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 11s | PLACED | 7:00 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 10s | PLACED | 7:00 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 6s | PLACED | 6:59 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 6s | PLACED | 6:59 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 11s | PLACED | 6:59 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 11s | PLACED | 6:58 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 5s | PLACED | 6:58 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 6s | PLACED | 6:58 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 4s | PLACED | 6:56 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 246-9763 | 21s | PLACED | 6:54 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (360) 438-4020 | 5m 21s | PLACED | 6:48 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 318-6022 | 3s | PLACED | 6:34 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (888) 328-9271 | 36s | PLACED | 6:23 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 17s | PLACED | 6:20 AM PDT | Mon | Jun 8, 2020 |
| UNKNOWN | (360) 438-4020 | 3s | PLACED | 8:51 PM PDT | Sun | Jun 7, 2020 |
| UNKNOWN | (360) 438-4020 | 5s | PLACED | 8:50 PM PDT | Sun | Jun 7, 2020 |
| UNKNOWN | | 0s | PLACED | 8:49 PM PDT | Sun | Jun 7, 2020 |
| UNKNOWN | (253) 632-1840 | 6s | PLACED | 8:44 PM PDT | Sun | Jun 7, 2020 |
| WIRELESS CALLER | (630) 427-5665 | 0s | MISSED | 7:12 PM PDT | Sun | Jun 7, 2020 |
| UNKNOWN | (206) 381-5949 | 2s | PLACED | 2:34 PM PDT | Sun | Jun 7, 2020 |
| UNKNOWN | (360) 902-5600 | 10s | PLACED | 9:29 PM PDT | Sat | Jun 6, 2020 |
| BARRY WINSTEAD | (410) 925-8101 | 9s | ANSWERED | 4:06 PM PDT | Sat | Jun 6, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 0s | PLACED | 2:52 PM PDT | Sat | Jun 6, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 18s | PLACED | 2:51 PM PDT | Sat | Jun 6, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 1s | PLACED | 2:50 PM PDT | Sat | Jun 6, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 0s | PLACED | 2:49 PM PDT | Sat | Jun 6, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 1s | PLACED | 2:49 PM PDT | Sat | Jun 6, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 1s | PLACED | 2:49 PM PDT | Sat | Jun 6, 2020 |
| 800 Service | (888) 636-4738 | 0s | MISSED | 9:32 AM PDT | Sat | Jun 6, 2020 |
| WA GOV ESD | (800) 318-6022 | 6m 57s | ANSWERED | 3:58 PM PDT | Fri | Jun 5, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 58s | PLACED | 3:27 PM PDT | Fri | Jun 5, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 3s | PLACED | 3:25 PM PDT | Fri | Jun 5, 2020 |
| UNKNOWN | (800) 318-6022 | 1m | PLACED | 3:24 PM PDT | Fri | Jun 5, 2020 |

| Name | PhoneNumber | Duration | Time | Date | |
|------|-------------|----------|------|------|---|
| UNKNOWN | (800) 318-6022 | 4s | PLACED | 3:53 PM PDT | Wed   May 20, 2020 |
| UNKNOWN | (847) 786-1853 | 0s | PLACED | 3:53 PM PDT | Wed   May 20, 2020 |
| GLENCOE IL | (847) 786-1853 | 0s | MISSED | 2:31 PM PDT | Wed   May 20, 2020 |
| WA GOV ESD | (800) 318-6022 | 0s | MISSED | 1:41 PM PDT | Wed   May 20, 2020 |
| WA GOV ESD | (800) 318-6022 | 34s | ANSWERED | 1:41 PM PDT | Wed   May 20, 2020 |
| WIRELESS CALLER | (253) 632-1840 | 0s | MISSED | 1:06 PM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 13s | PLACED | 12:03 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 7s | PLACED | 12:02 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 7s | PLACED | 12:01 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 3s | PLACED | 12:01 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 5s | PLACED | 12:01 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 5s | PLACED | 12:00 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 4s | PLACED | 12:00 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 5s | PLACED | 11:59 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 5s | PLACED | 11:58 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 4s | PLACED | 11:58 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 5s | PLACED | 11:57 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 6s | PLACED | 11:57 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 3s | PLACED | 11:57 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 3s | PLACED | 11:57 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 10s | PLACED | 11:56 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 3s | PLACED | 11:56 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 3s | PLACED | 11:56 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 4s | PLACED | 11:56 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 4s | PLACED | 11:55 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 4s | PLACED | 11:55 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 4s | PLACED | 11:55 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | (800) 318-6022 | 1m 36s | PLACED | 11:53 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | (800) 318-6022 | 4s | PLACED | 11:53 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | (800) 318-6022 | 4s | PLACED | 11:52 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | (800) 318-6022 | 3s | PLACED | 11:52 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | (800) 318-6022 | 4s | PLACED | 11:52 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | (800) 318-6022 | 4s | PLACED | 11:52 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 4s | PLACED | 11:51 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 4s | PLACED | 11:51 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 1m 20s | PLACED | 11:49 AM PDT | Wed   May 20, 2020 |
| CALHOUN KYLE | (425) 503-5639 | 6m 9s | ANSWERED | 11:41 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 8s | PLACED | 11:30 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 10s | PLACED | 11:29 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 5s | PLACED | 11:28 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 12s | PLACED | 11:28 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | (425) 503-5639 | 0s | PLACED | 11:27 AM PDT | Wed   May 20, 2020 |
| UNKNOWN | 1 (833) 572-8400 | 4s | PLACED | 11:27 AM PDT | Wed   May 20, 2020 |