pertain this document is true, correct, factual, not misleading, and accurately set forth, by evidential support, for which the Affiant raised his right hand, stating the matter is decisively without any reasonable doubt, and backed by the truth and pains for penalty and perjury.

Dated on this __4__ day of the __January__ month, in the year 20 __21__.

_____
Notary Public

Expiration: __7/28/2024__

State of Washington    )
                       )  ss:   Jurat
County of __King__     )

s/ **ARMAND E. CALHOUN, /SPC GRANTOR/EXCHANGOR**
629 Cedar Ave So. B-201
RENTON, WA 98057

s/ _____, agent
with Power-of-Attorney
c/o 511 M. St. Ne
#107
Auburn, Wa [98002]
C| 206.712.4183
[mailing address]

> Notary Public
> State of Washington
> JOHN HUTTON
> COMM. # 186622
> MY COMM. EXP. 2024-07-28

-5 OF